UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-mc-25775

IN RE APPLICATION OF
DEPARTMENT OF HOMELAND
SECURITY, IMMIGRATION AND
CUSTOMS ENFORCEMENT,

     *Petitioner*,

vs.

ALEKSEI KILIKO,

     *Respondent*.

_____/

## **NOTICE OF COMPLIANCE**

As directed by the Court, the undersigned advises that a true and correct copy of the

Court's order [DE 4] was hand-delivered on December 11, 2025 to Respondent at Krome,

where he is legally detained. It was also served that same day on Respondent's counsel in his

underlying immigration proceedings, via email to: John Peng, Esq., johnhcpeng@gmail.com

and Michael Yurasov-Lichtenberg, Esq., Mike.l.berg1@gmail.com.

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By:   *Zakarij N. Laux*_____
      ASSISTANT U.S. ATTORNEY
      Florida Bar No. 93784
      United States Attorney's Office
      99 N.E. 4th Street, Suite 500
      Miami, Florida 33132
      (305) 961-9053
      Zakarij.Laux@usdoj.gov

      *Counsel for Petitioner*