UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-mc-25775

IN RE APPLICATION OF
DEPARTMENT OF HOMELAND
SECURITY, IMMIGRATION AND
CUSTOMS ENFORCEMENT,

     *Petitioner*,

vs.

ALEKSEI KILIKO,

     *Respondent*.

_____/

## SUPPLEMENTAL STATUS REPORT

As directed by the Court [DE 7], Petitioner provides the following status update:

Dr. Lopez Diaz advises that the results of Respondent's laboratory testing and other clinical findings show there is no need for IV hydration at this time. In addition, Respondent ate all of his dinner last night and all of his breakfast this morning. If he eats lunch today, he will be removed from ICE hunger strike protocols. Accordingly, there is also no present or imminent need to seek Court authorization to provide forced nutrition.

The lab results from bloodwork taken on Friday show normal CPK (no rhabdomyolysis); slight elevation of creatinine, showing mild dehydration; 19 bicarbonate, also showing mild dehydration; and normal kidney function. The results of the prealbumin 19mg/dL are also normal.

Respondent's weight today was 152.2 lbs., reflecting a loss of 22.8 pounds, or 13.03% of his initial pre-hunger strike body weight. This also reflects that Respondent has gained two pounds since Petitioner's status report last week. DE 6.

If Respondent continues to voluntarily eat and hydrate, as he is currently, and is thereafter removed from ICE hunger strike protocols, Petitioner anticipates dismissing this action without prejudice in the near future,

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By:   *Zakarij N. Laux*
ASSISTANT U.S. ATTORNEY
Florida Bar No. 93784
United States Attorney's Office
99 N.E. 4th Street, Suite 500
Miami, Florida 33132
(305) 961-9053
Zakarij.Laux@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing (with all attachments) was hand-delivered on December 16, 2025 to Respondent at Krome, where he is legally detained. It was also served that same day, as a courtesy, on Respondent's counsel in his underlying immigration proceedings, via email to: John Peng, Esq., johnhcpeng@gmail.com and Michael Yurasov-Lichtenberg, Esq., Mike.l.berg1@gmail.com.

*Zakarij N. Laux*