UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-mc-25775

IN RE APPLICATION OF
DEPARTMENT OF HOMELAND
SECURITY, IMMIGRATION AND
CUSTOMS ENFORCEMENT,

    *Petitioner*,

vs.

ALEKSEI KILIKO,

    *Respondent*.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Notice is given that the Petitioner voluntarily dismisses this action without prejudice

under Fed. R. Civ. P. 41(a)(1)(A)(i).

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By:    *Zakarij N. Laux*_____
    ASSISTANT U.S. ATTORNEY
    Florida Bar No. 93784
    United States Attorney's Office
    99 N.E. 4th Street, Suite 500
    Miami, Florida 33132
    (305) 961-9053
    Zakarij.Laux@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was hand-delivered on December 19, 2025 to Respondent at Krome, where he is legally detained. It was also served that same day on Respondent's counsel in his underlying immigration proceedings, via email to: John Peng, Esq., johnhcpeng@gmail.com and Michael Yurasov-Lichtenberg, Esq., Mike.l.berg1@gmail.com.

    *Zakarij N. Laux*_____